IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JONATHAN M. MORRIS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16-cv-00028 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| DR. OBER, *et al*, | ) | By:   Norman K. Moon |
|     Defendant(s). | ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

    ENTER: This  22nd  day of February, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE